# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DASHAWYNA LASHAY GRAY,**

    **Plaintiff,**

  v.

**CAMERON NABAVI,**

    **Defendant.**

:

**Case No. 2:24-cv-3366**
**Judge Sarah D. Morrison**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

On July 1, 2024, the Magistrate Judge issued a Report and Recommendation recommending that Plaintiff's case be dismissed for failure assert any claim over which the Court has subject-matter jurisdiction. (ECF No. 4.) The parties were advised of the right to file objections to the Report and Recommendation and of the consequences of failing to do so. No objections have been filed, and the time for filing objections has passed. For the reasons set forth therein, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation.

The Clerk is **DIRECTED** to **TERMINATE** the case from the docket.

**IT IS SO ORDERED.**

                              /s/ Sarah D. Morrison
                              **SARAH D. MORRISON**
                              **UNITED STATES DISTRICT JUDGE**